Nisan Zaghi, NY Bar # 5711072
*Admitted Pro Hac Vice*
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 925-0276
F: (718) 247-8020
E: nzaghi@consumerattorneys.com

Andrew J. Gramajo, CA # 338144
AJG LAW GROUP, PC.
25A Crescent Dr. #402
Pleasant Hill, CA 94523
T:(415) 638-9140
E: Andrew@Ajglawgroup.us

*Attorneys for Plaintiff*
*Otto E. Guzman Guzman*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OTTO E. GUZMAN GUZMAN,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>Defendant. | Case No.: 3:26-CV-03680-JSC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TOYOTA MOTOR CREDIT CORPORATION**: ORDER |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Otto E. Guzman Guzman and Defendant Toyota Motor Credit Corporation ("TMCC"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant TMCC.

Plaintiff and Defendant TMCC have agreed that all attorneys' fees and costs are to be paid as indicated in the parties' settlement agreement and release.

Dated: August 5, 2026

/s/ Nisan Zaghi
Nisan Zaghi, NY Bar # 5711072
*Admitted Pro Hac Vice*
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 925-0276
F: (718) 247-8020
E: nzaghi@consumerattorneys.com

Andrew J. Gramajo, CA # 338144
AJG LAW GROUP, PC.
25A Crescent Dr. #402
Pleasant Hill, CA 94523
T:(415) 638-9140
E: Andrew@Ajglawgroup.us

*Attorneys for Plaintiff*
*Otto E. Guzman Guzman*

/s/ J. Zach Warren
J. Zach Warren (SBN 367593)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Phone: (205) 458-5499
Fax: (205) 244-5670
zwarren@burr.com

*Attorney for Defendant*
*TOYOTA MOTOR CREDIT CORPORATION*

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-1, I hereby attest that I have concurrence in the filing of the document from each of the other Signatories indicated by a conformed signature (/s/) within this e-filed document.

Dated: August 5, 2026

*/s/ Nisan Zaghi*
Nisan Zaghi

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Nisan Zaghi*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OTTO E. GUZMAN GUZMAN,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CREDIT CORPORATION<br><br>Defendant. | Case No.: 3:26-CV-03680-JSC<br><br>**~~PROPOSED]~~ ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TOYOTA MOTOR CREDIT CORPORATION** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Toyota Motor Credit Corporation, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Toyota Motor Credit Corporation.

**IT IS SO ORDERED.**

Dated: August 5, 2026



HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE